IN THE COURT OF _Western District_ COUNTY IN THE JUDICIAL CIRCUIT COURT _Missouri_.

DATE: _8-9-2025_

MOVANT NAME _Tony Ray Brown Sr._

VS    CASE NUMBER _2522-CC0803_

STATE OF MISSOURI

MOTION FORE EXCLUDE EVIDENCE OF PRIOR (BAD ACT)

Come now, Defendant, PRO-SE and in FORM Paupers, and move this court pursuant to the fourth, Fifth, Sixth, Eighth, and Fourteenth Amendment to the United States Constitutional, and their corresponding to the Missouri Constitutional, Proviction and other laws set below, EXCLUDE EVIDENCE of his alleged prior conviction and (BAD ACTs) from the trial and penalty phase of this case insupporting of motion Defendant State Follows

(1) The rule against injecting crimes into the trial has profpund role in America Juisprudence.

The role is designeege to avoid a danger that jury will punish Defendant fore offenses other than those charge or least that it will convict when unsure of guilt because it is convinced that the Defendant is a (BAD MAN) deserving of Punishment.